UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.                          CIVIL ACTION NO.

2008 FORD F250 SUPER DUTY,
VIN # 1FTSW21R28EB48097

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

NOW INTO COURT comes the Plaintiff, United States of America, by and through Donald J. Cazayux, Jr., United States Attorney for the Middle District of Louisiana and James P. Thompson, Assistant United States Attorney for the Middle District of Louisiana, who allege the following:

## NATURE OF THE ACTION

This is an action to forfeit and condemn to the use and benefit of the United States of America the following property:

One 2008 Ford F250 Super Duty,VIN # 1FTSW21R28EB48097, (hereinafter, "Defendant Property"), as a vehicle which was used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance in violation of Title 18 U.S.C. § 881(a)(4).

## JURISDICTION AND VENUE

Plaintiff brings this action in rem in its own right to forfeit and condemn the Defendant Property pursuant to 18 U.S.C. §§ 881(a)(4). This Court has jurisdiction over this action under 28 U.S.C. §§ 1345 and 1355.

Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395 because the acts giving rise to the forfeiture occurred in this district, and the Defendant Property is located in this district.

## THE DEFENDANT *IN REM*

The Defendant Property consists of one 2008 Ford F250 Super Duty, VIN # 1FTSW21R28EB48097.

## FACTS

In November 2011, Special Agent Chad Scott, with the Drug Enforcement Administration, through a confidential source (CS), began negotiating to purchase a kilogram of cocaine from Carlos Morgan (Morgan).

On or about November 29, 2011, the CS spoke to Morgan and was advised by Morgan that he could sell the CS a half kilogram of cocaine for $15,000.00 and would be willing to front him another half kilogram.

Following numerous recorded conversations between Morgan and the CS discussing this kilogram purchase, it was agreed on December 13, 2011, that Morgan would meet the CS at 5443 Kincaid Drive, Baton Rouge, Louisiana, to make the sale.

At approximately 2:30 p.m. on December 13, 2011, the CS arrived at the Kincaid address and advised agents that Morgan was there and that he was driving a white Ford pickup truck. Agents observed Morgan exit his truck and enter the CS's vehicle where the two discussed the

2

Case 3:12-cv-00148-BAJ-DLD   Document 1   03/13/12   Page 2 of 4

purchase of the cocaine. Shortly thereafter agents were signaled that Morgan had the cocaine, and they approached the vehicle, ordered both individuals out of the vehicle, and found the approximately half kilogram of cocaine that Morgan had delivered. Morgan was placed under arrest and taken to the DEA office in Baton Rouge and his truck was impounded.

On December 13, 2011, agents went to Morgan's residence and spoke to his wife, Richelle Seymour, and asked if they could search the residence. During the search a small locked safe was found in the couple's bedroom. Agents looked on the key chain they seized from Carlos Morgan and found a key to the safe. In the safe agents found a digital scale and another set of keys to the 2008 Ford F250 truck they had confiscated from Morgan earlier that day. When agents asked Mrs. Morgan who the truck belonged to, she stated that it was her husbands, and that he bought it with his own money to haul vehicles with.

During an inventory of the truck, agents learned from paperwork that they found in the truck that it was purchased on December 9, 2011, from Courtesy Ford, located in Breaux Bridge, Louisiana, and was purchased in the name of Freddie Morgan.

Agents interviewed the salesman at Courtesy Ford, Kelly Richard, who advised that Carlos Morgan came in and traded a 2007 Chevrolet Avalanche, registered in the name of Freddie Morgan, paid $7,600.00 in cash and purchased the 2008 Ford F250 Super Duty, VIN # 1FTSW21R28EB48097. Carlos Morgan advised the salesman that he wanted to put the car in his father's name because he owed child support.

## **CLAIM FOR RELIEF**

Pursuant to *18 U.S.C. § 881(a)(4),* "The following shall be subject to forfeiture to the United States and no property right shall exist in them: (a)(4) All conveyances, including aircraft,

vehicles, or vessels, which are used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of property described in paragraph (1) (controlled substances); (2) (all raw materials); or (9) (listed chemicals)."

By reason of the facts set forth and incorporated herein, the Defendant Property should be properly condemned as forfeited to the United States of America pursuant to 18 U.S.C. §§ 881(a)(4).

WHEREFORE, the Plaintiff requests that the Court issue a warrant and summons for the arrest and seizure of the Defendant Property; that notice of this action be given to all persons known or thought to have an interest in or right against the Defendant Property; that the Defendant Property be forfeited and condemned to the United States of America; that the Plaintiff be awarded its costs and disbursements in this action; and that the Court award the Plaintiff such other and further relief as this Court deems proper and just.

UNITED STATES OF AMERICA, by

DONALD J. CAZAYOUX, JR.
UNITED STATES ATTORNEY

/s/ James P. Thompson
James P. Thompson, LBN 21090
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: jay.thompson@usdoj.gov